| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                    *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,112.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | InterMed Spec | $ 242.41 | $ 10.19 |
| 2 | Akron ENT Associates, Inc. | $ 53.40 | $ 2.24 |
| 3 | Dr. McClusky | $ 251.66 | $ 10.57 |
| 4 | Summa Health System | $ 1,274.63 | $ 53.56 |
| 5 | Midland Credit Management, Inc. | $ 5,492.00 | $ 230.75 |
| 6 | Recovery Management Systems Corporation | $ 6,797.99 | $ 285.63 |

*[Handwritten annotations:]* Claim 2 (Akron ENT Associates) circled and crossed out. Case No. 09-53822. Receipt #81578 $2.24 Check #108.

*[Filed stamp:]* FILED 2010 JUL -2 PM 1:21 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

UST Form 101-7-TFR (9/1/2009)